FILED
2011 Aug-22 PM 12:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **AARON ABRAMS and MEOSHIA McKINNEY-ABRAMS,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CASE NO. 2:11-cv-01016-HGD** |
| | § | |
| **NATIONWIDE CREDIT, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

---

**STIPULATION OF DISMISSAL**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Aaron Abrams and Meoshia McKinney-Abrams ("Plaintiffs") and Defendant Nationwide Credit, Inc., ("Nationwide"), by and through the undersigned counsel, hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs, fees, and expenses.

/s/ Brandon Walker

M. Brandon Walker
Walker McMullan, LLC
242 West Valley Ave.
Birmingham, AL 35209
brandonwalker014@gmail.com
*Attorney for Plaintiffs*

/s/ Amy M. Hazelton

Amy May Hazelton
Benton & Centeno, LLP
2019 Third Ave. North
Birmingham, AL 35203
Tel: 205-278-8000
ahazelton@bcattys.com
*Attorney for Defendant*